**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO.: 3:01-CR-115-MR-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARIO N. MURPHY | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* to direct the filing of a reply on the pending discovery issue in this supervised release matter. On January 25, 2011, the Defendant filed a "Motion For Discovery And Production Of *Brady & Giglio* Evidence" in this matter. (Document No. 59). On February 4, 2011, the Government filed its "Response To Defendant's Motion For Discovery And Production Of *Brady/Giglio* Evidence" (Document No. 60). Having reviewed these pleadings, the Court believes it would benefit from the Defendant's filing of a reply.

**IT IS THEREFORE ORDERED** that the Defendant shall file a reply to the Government's response to the Defendant's motion regarding discovery in this matter. This reply should set forth specifically what information the Defendant is entitled to under applicable law that has not been provided.

**IT IS FURTHER ORDERED** that the Defendant shall file this reply by on or before Friday, February 18, 2011.

Signed: February 14, 2011

David C. Keesler
United States Magistrate Judge